JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK DAVIS, | ) Case No. CV 17-2285-SJO(AJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| SANDRA PENNYWELL, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: March 29, 2017

_____
S. James Otero
United States District Judge